T. J. Ross v. L. P. ABER, *as Sheriff*. No. 12,533. (67 Pac. 457.) Error from Barton district court. Opinion filed January 11, 1902. Division two. *Affirmed*. G. W. Nimocks, and C. A. Swartz, for plaintiff in error. F. Vernon Russell, for defendant in error.

ALFRED CREBBIN v. JARVIS, CONKLIN & Co., *a Partnership, et al*. No. 12,537. (67 Pac. 531.) Error from Pratt district court. Opinion filed January 11, 1902. Division two. *Reversed*. Homer Wells, and Harrie M. Humphreys, for plaintiff in error. William Barrett for defendants in error.

THE WINNE MORTGAGE AND TRUST COMPANY v. R. C. HODGE. No. 12,542. (67 Pac. 1133.) Error from Reno district court. Opinion filed January 11, 1902. Division two. *Affirmed*. H. Whiteside, for plaintiff in error. Geo. A. Vanderveer, and Frank L. Martin, for defendant in error.

FRANK PELZ AND CATHERINE PELZ v. J. W. WRIGHT. No. 12,545. (67 Pac. 449.) Error from Barton district court. Opinion filed January 11, 1902. Division two. *Affirmed*. D. A. Banta, for plaintiffs in error. Osmond & Cole, and J. B. Prose, for defendant in error.

S. L. WADSWORTH v. JOHN J. BEARDSLEY, MARIA J. BEARDSLEY, *et al*. No. 12,561. (67 Pac. 457.) Error from Russell district court. Opinion filed January 11, 1902. Division two. *Dismissed*. George W. Holland, for plaintiff in error. L. B. Beardsley, for defendants in error.

R. T. BATTEY v. NANCY ANNA BARKER. No. 11,741. (67 Pac. 531.) Error from Marion district court. Opinion filed January 11, 1902. *In banc*. *Reversed*. Keller & Dean, for plaintiff in error. Grattan & Grattan, and W. H. Carpenter, for defendant in error.

THE CITY OF LINCOLN CENTER v. JOHN BAILEY. No. 12,108. (67 Pac. 455.) Appeal from Lincoln district court. Opinion filed January 11, 1902. *In banc*. *Affirmed*. F. H. Dunham, for appellee. David Ritchie, for appellant.

A. A. RICHARDS v. THE CHICAGO, ROCK ISLAND & PACIFIC RAILWAY COMPANY *et al*. No. 11,944. (67 Pac. 1132.) Error from Sumner district court. Opinion filed February 8, 1902. Division one. *Affirmed*. Ferguson & Lawrence, and A. A. Richards, for plaintiff in error. M. A. Low, and W. F. Evans, for defendants in error.

A. N. MOYER, *as Executor, etc.*, v. THE BADGER LUMBER COMPANY. No. 11,948. (67 Pac. 852.) Error from court of appeals, northern department. Opinion filed February 8, 1902. Division one. *Dismissed*. Hutchings & Keplinger, for plaintiff in error. Sutton, Maher & Sutton, for defendant in error.

G. B. RICHARDSON *et al*. v. GREENWOOD TOWNSHIP, *etc*. No. 11,962. (67 Pac. 1132.) Error from court of appeals, southern department. Opinion filed February 8, 1902. Division one. *Affirmed*. Deford & Deford, for plaintiffs in error. F. A. Waddle, for defendant in error.

THE STANDARD INVESTMENT COMPANY v. W. H. H. FREEMAN *et al*. No. 12,075. (67 Pac. 859.) Error from Wyandotte district court. Opinion filed February 8, 1902. Division one. *Reversed*. Thos. J. White, for plaintiff in error. W. H. H. Freeman, and L. F. Bird, for defendants in error.